# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(ECF No. 6, 9) |

On August 4, 2025, Defendants filed a motion for judgment on the pleadings, which is currently pending before the assigned District Judge. (ECF No. 6.) On August 18, 2025, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 7.) On August 27, 2025, Defendants filed a (1) non-opposition to Plaintiff's motion and (2) notice of taking their motion for judgment on the pleadings off calendar, which the Court construes as a notice of withdrawal. (ECF No. 9.) On August 28, 2025, the Court granted Plaintiff's motion. (ECF No. 10.) Plaintiff filed his second amended complaint the same day. (ECF No. 11.)

Accordingly, based upon Defendants' notice (ECF No. 9), IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to administratively terminate Defendants' motion for judgment on the pleadings (ECF No. 6).

IT IS SO ORDERED.

Dated: **August 29, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge