# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANTS AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: SEPTEMBER 29, 2025** |

On July 8, 2025, Plaintiff commenced this action. (ECF No. 1.) As relevant here, on August 28, 2025, the Court granted Plaintiff's motion for leave to file a second amended complaint, which included two additional named defendants. (ECF No. 10.) On August 29, 2025, the Clerk of the Court issued summons, and on September 9, 2025, Defendants City of Fresno, Marissa Cisneros, and Maria Flores filed an answer. Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard have not yet appeared or filed an answer. The initial scheduling conference in this matter is currently set for October 16, 2025. (ECF No. 3.)

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that, **on or before September 29, 2025**, Plaintiff shall file a status report indicating the status of service upon Defendants Pedraza and Shepard; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the remaining Defendants to appear in this action.

IT IS SO ORDERED.

Dated:   **September 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge