# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 17) |

      The initial scheduling conference in this matter is set for October 16, 2025.  (ECF No. 3.)  As relevant here, on September 22, 2025, the Court directed Plaintiff to give the Court a status report on the parties' readiness to participate in the initial scheduling conference, in light of the recently filed second amended complaint.  (ECF No. 15.)  Plaintiff timely filed a report, wherein he details his service and attempts on service of two recently added defendants.  (ECF No. 17.)  Based on the fact that service on one defendant has not been effectuated yet, Plaintiff prays that the Court continue the initial scheduling conference.  The Court notes that the time for Plaintiff to complete service of the second amended complaint upon a defendant has not expired, pursuant to Fed. R. Civ. P. 4(m).

/ / /

/ / /

/ / /

1    Based on the foregoing, the Court finds good cause to continue the initial schedule
2 conference. Accordingly, the Court HEREBY ORDERS that the initial scheduling conference is
3 CONTINUED to December 16, 2025, at 11:30 a.m.

IT IS SO ORDERED.

Dated:   **October 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2