# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANT SHEPARD AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 7, 2025** |

On July 8, 2025, Plaintiff commenced this action. (ECF No. 1.) As relevant here, on August 28, 2025, the Court granted Plaintiff's motion for leave to file a second amended complaint, which included two additional named defendants. (ECF No. 10.) On August 29, 2025, the Clerk of the Court issued summons, and on September 9, 2025, Defendants City of Fresno, Marissa Cisneros, and Maria Flores filed an answer. (ECF No. 14.) On October 14, 2025, Defendant Aime Veronica Perez Pedraza filed an answer. (ECF No. 20.) However, Celia Frances Pedraza Shepard has not yet appeared or filed an answer. The initial scheduling conference in this matter is currently set for December 16, 2025. (ECF No. 18.)

/ / /

/ / /

/ / /

1

Therefore, IT IS HEREBY ORDERED that, **on or before November 7, 2025**, Plaintiff shall file a status report indicating the status of service upon Defendants Shepard; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the remaining Defendants to appear in this action. Though not implicated presently, Plaintiff is advised that he must comply with Fed. R. Civ. P. 4(m) and should move for an extension should one become necessary in the future.

IT IS SO ORDERED.

Dated: **November 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge