# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 22) |

On July 8, 2025, Plaintiff commenced this action. (ECF No. 1.) As relevant here, on August 28, 2025, the Court granted Plaintiff's motion for leave to file a second amended complaint, which included two additional named defendants. (ECF No. 10.) On August 29, 2025, the Clerk of the Court issued summons, and on September 9, 2025, Defendants City of Fresno, Marissa Cisneros, and Maria Flores filed an answer. (ECF No. 14.) On October 14, 2025, Defendant Aime Veronica Perez Pedraza filed an answer. (ECF No. 20.) However, Celia Frances Pedraza Shepard has not yet appeared or filed an answer, and the initial scheduling conference in this matter is currently set for December 16, 2025. (ECF No. 18.)

Based on forgoing, the Court ordered Plaintiff to file a status report regarding the readiness of this matter to proceed with an initial scheduling conference. (ECF No. 21.) Plaintiff timely complied and informed the Court of the protracted attempts of service on Defendant Shepard. (ECF No. 22.) Plaintiff states that he will continue to attempt service on

1

Defendant Shepard and will potentially be filing a request for alternative service (and the Court observes that Plaintiff will likely need to move for an extension under Fed. R. Civ. P. 4(m)). Plaintiff represents that he contacted counsel for Defendants, and they do not oppose continuing the initial scheduling conference at this time.

Accordingly, IT IS HEREBY ORDERED that the initial scheduling conference is CONTINUED to **March 3, 2026, at 11:00 a.m.**

IT IS SO ORDERED.

Dated:   **November 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2