# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF APPLICATION FOR ALTERNATIVE SERVICE.<br><br>(ECF No. 24)<br><br>**TEN-DAY DEADLINE** |

On November 25, 2025, Plaintiff filed application to serve Defendant Celia Frances Pedraza Shepard by alternative service. Upon review of the application, the Court DIRECTS Plaintiff to submit a declaration, within ten days of the entry of this order, addressing how Defendant Shepard's email address is "confirmed." Additionally, Plaintiff shall include a points of law and memorandum addressing the legal authority for posting on an individual, service by mailing (without also service on someone at an address above the age of 18), and personal service on the place of employment of Defendant's mother (absent a proffer that Defendant's usual place of business is also there).

IT IS SO ORDERED.

Dated: __December 1, 2025__

STANLEY A. BOONE
United States Magistrate Judge