# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JASON LAWRENECE SHEPARD,

    Plaintiff,

    v.

THE CITY OF FRESNO, et al.,

    Defendants.

Case No. 1:25-cv-00822-JLT-SAB

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 34)

On March 3, 2026, the Court held a mandatory initial scheduling conference in this matter. (ECF No. 33.) No counsel for Plaintiff appeared, and the Court issued an order to show cause, ordering Plaintiff to show cause in writing why the Court should not impose sanctions. (ECF No. 34.) Plaintiff timely complied, offering that his absence was due to internal miscommunication and technical difficulties, and that he has taken steps to ensure such issues do not recur. (ECF No. 36.)

Satisfied with the response, the Court HEREBY DISCHARGES the March 3, 2026 order to show cause. (ECF No. 34.)

IT IS SO ORDERED.

Dated: __**March 4, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge