# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADD ATTORNEY CUTTONE AS ATTORNEY OF RECORD FOR CERTAIN DEFENDANTS<br><br>(ECF No. 38) |

On March 27, 2026, Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard filed substitution of counsel forms. (ECF No. 38.) However, these Defendants are proceeding *pro se*, and therefore, their attorney needed to file only a notice of appearance. Accordingly, the Court construes the substitution of counsel forms as notices of appearance and DIRECTS the Clerk of the Court to add attorney Brian K. Cuttone, of Cuttone & Associates, as counsel of record for Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard.

IT IS SO ORDERED.

Dated:    **March 27, 2026**    

STANLEY A. BOONE
United States Magistrate Judge