# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON LAWRENCE SHEPARD,

    Plaintiff,

    v.

THE CITY OF FRESNO, et al.,

    Defendants.

Case No. 1:25-cv-00822-JLT-SAB

ORDER SETTING JULY 28, 2026 EVIDENTIARY HEARING

Following a hearing on Plaintiff's motion to disqualify attorney Brain K. Cuttone, the Court finds an evidentiary hearing will aid the Court in its determination. Counsel for both Plaintiff and Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard should be prepared to testify and are advised they should have additional counsel present for their examination. Plaintiff himself should also be prepared to testify. Finally, counsel should bring <u>originals</u> of any exhibits relied upon in the motion and briefing to the hearing, as well as originals, where possible, for any other exhibits that will be relied upon at the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. An evidentiary hearing regarding Plaintiff's motion (ECF No. 40) is SET for July 28, 2026, at 10:00 AM in Courtroom 9;

2. The parties are DIRECTED to submit exhibits and a witness list no later than July 21, 2026; and

3.    Should the parties come to an agreement on the issue, the parties shall notify the Court immediately and the Court will vacate the hearing.

IT IS SO ORDERED.

Dated:    **May 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge