# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br>Plaintiff,<br>v.<br>THE CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br>ORDER CONVERTING JULY 28, 2026 EVIDENTIARY HEARING TO STATUS CONFERENCE<br>(ECF No. 59) |

An evidentiary hearing is currently scheduled in this matter for July 28, 2026, regarding Plaintiff's motion for recusal. (ECF Nos. 40, 49.) As relevant here, on July 27, 2026, Defendants Aime Veroncia Perez Pedraza and Celia Frances Pedraza Shepard filed a motion to withdraw along with a request to stay the evidentiary hearing pending the outcome on the motion. (ECF No. 59.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court has determined to convert the evidentiary hearing into a status conference. Accordingly, the Court DIRECTS the Clerk to convert the July 28, 2026 evidentiary hearing to a status conference. Counsel for Plaintiff and relevant Defendants shall appear **in person on July 28, 2026, at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone**.[1]

IT IS SO ORDERED.

Dated: **July 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Counsel for Defendants City of Fresno, Marissa Cisneros, and Maria Flores may appear in person to observe but are not required to appear. That said, the Court will not allow for a virtual appearance for this status conference.