# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>ORDER DENYING MOTION FOR RECUSAL AS MOOT AND VACATING EVIDENTIARY HEARING<br><br>(ECF No. 59, 40) |

On April 17, 2026, Plaintiff Jason Lawrence Shepard filed a motion for recusal, seeking the disqualification of attorney Brian K. Cuttone, counsel for Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard. (ECF No. 40.) That motion was fully briefed, and the Court held a hearing on May 27, 2026. (ECF Nos. 45, 46, 48.) Following argument, the Court determined that an evidentiary hearing would aid the Court in its determination of the motion. (ECF No. 49.) Thus, the Court set an evidentiary hearing for July 28, 2026. (Id.)

On June 11, 2026, Defendants filed a motion for reconsideration of the Court's May 28, 2026 order setting an evidentiary hearing along with a request to stay the evidentiary hearing. (ECF No. 51.) Following briefing on the motion and request, the assigned District Judge denied the motion for reconsideration and denied the request for a stay as moot. (ECF No. 57.)

On July 22, 2026, Defendants and their counsel all filed declarations indicating that attorney Cuttone had conferred with his clients, and Defendants had decided proceed *pro per* and

end their relationship with attorney Cuttone. (ECF No. 56.) The declaration from attorney Cuttone requested that the Court issue its order on Plaintiff's motion for recusal or advise attorney Cuttone of whether a motion for withdrawal would be required. (Id.) On July 24, 2026, the Court directed attorney Cuttone to file a motion to withdraw pursuant to the Local Rules. (ECF No. 58.)

On July 27, 2026, Defendants filed a motion to withdraw along with a request to stay the July 28, 2026 evidentiary hearing. (ECF No. 59.) The Court reviewed the filing and found it comported with Local Rule 182(d). Thus, the Court converted the July 28, 2026 evidentiary hearing to a status conference in order to discuss the motion to withdraw. (ECF No. 60.)

At the hearing, neither party objected to the requested relief nor the Court's decision to expedite the ruling on this motion. Accordingly, for the reasons stated on the record, the Court ORDERS the following:

1. The motion to withdraw (ECF No. 59) is GRANTED;
2. The Clerk of the Court is DIRECTED to TERMINATE attorney Brian C. Cuttone as counsel of record for Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Sheaprd;
3. The Clerk of the Court is DIRECTED to update the addresses of Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Sheaprd with the addresses listed in attorney Cuttone's affidavit (ECF No. 59, p. 5); and
4. In light of the foregoing, the evidentiary hearing is VACATED, and the motion for recusal (ECF No. 40) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge