# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE SHEPARD,<br>Plaintiff,<br>v.<br>THE CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:25-cv-00822-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADD ATTORNEYS OF RECORD FOR CERTAIN DEFENDANTS<br><br>(ECF Nos. 63, 64, 65, 66) |

On November 2, 2026, Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard filed substitution of counsel forms. (ECF Nos. 63-66.) However, these Defendants are proceeding *pro se*, and therefore, their attorney needed to file only a notice of appearance. Accordingly, the Court construes the substitution of counsel forms as notices of appearance and DIRECTS the Clerk of the Court to add attorney Rena G. Sera and Gregory A. Mase of Tressler LLP as attorneys of record for Defendants Aime Veronica Perez Pedraza and Celia Frances Pedraza Shepard.

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge